IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:20-CR-549-BR

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| JOEL MARTINEZ-PEREZ ) | |
| ) | |

This matter is before the court on defendant's appeal from the pretrial detention order of Magistrate Judge Robert B. Jones, Jr. (DE # 22.) Pursuant to 18 U.S.C. § 3145(b), the court will conduct a *de novo* review of detention. See United States v. Clark, 865 F.2d 1433, 1436 (4th Cir. 1985) ("A defendant ordered detained by a magistrate may seek *de novo* review in the district court." (citations omitted)). Within 10 days, defendant shall file a memorandum in support of his appeal. Within 10 days thereafter, the government may file a response. Within 5 days thereafter, defendant may file a reply; however, if defendant does not intend to file a reply, he shall promptly file a notice to that effect upon receipt of the government's response.

This 14 December 2021.

_____
W. Earl Britt
Senior U.S. District Judge