IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-549-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JOEL MARTINEZ-PEREZ, | ) | |
| | ) | |
| Defendant. | ) | |

The court has reviewed the entire record and governing law. The court denies defendant's motion to reopen the pretrial motions deadline. See E.D.N.C. Local Criminal Rule 12.2. Defendant has not shown good cause to reopen the deadlines. See id.; [D.E. 51] 4–7; cf. [D.E. 18] (scheduling order); [D.E. 32] (defense counsel notice of appearance); [D.E. 35, 39, 42, 45] (defense motions to continue the arraignment). Alternatively, for the reasons stated in the government's response in opposition, the court denies as meritless defendant's motion to dismiss. See [D.E. 51] 7–12.

In sum, the court DENIES defendant's motion to reopen pretrial motions deadline and motion to dismiss [D.E. 48].

SO ORDERED. This 31 day of May, 2022.

JAMES C. DEVER III
United States District Judge