IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-549-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JOEL MARTINEZ-PEREZ, | ) | |
| | ) | |
| Defendant. | ) | |

The court has reviewed defendant's motion for reconsideration, the record, and the governing law. The court DENIES as meritless defendant's motion for reconsideration [D.E. 53].

SO ORDERED. This 22 day of July, 2022.

JAMES C. DEVER III
United States District Judge